JEFFREY W. KRAMER (SBN 71547)
Email: jkramer@troygould.com
ANNMARIE MORI (SBN 217835)
Email: amori@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone: (310) 553-4441
Facsimile: (310) 201-4746

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; MOEBETOBLAME MUSIC; CONCORD MUSIC GROUP, INC. d/b/a JONDORA MUSIC; HOUSE OF CASH, INC.; PAUL SIMON MUSIC; CORAL REEFER MUSIC; ABKCO MUSIC, INC.; SONGS OF UNIVERSAL, INC.; ONLY HIT MUSIC, A DIVISION OF CAPITOL RECOVERY ASSISTANCE INC.; BRO 'N' SIS MUSIC, INC.; ESTES PARK MUSIC; CHOICE IS TRAGIC MUSIC; SONY/ATV SONGS LLC d/b/a SONY/ATV MELODY LLC, <br><br> Plaintiffs, <br> v. <br><br> R.S.A. ENTERTAINMENT, INC. d/b/a BREAKAWAY SPORTS LOUNGE AND EATERY; ROBERT STANLEY ANDERSON, and LINDA LOUISE VITITOE, each individually, <br><br> Defendants. | Case No. SACV 14 - 00833 JLS (JCGx) <br><br> VERIFIED COMPLAINT FOR COPYRIGHT INFRINGEMENT |

TroyGould
PC

VERIFIED COMPLAINT FOR COPYRIGHT INFRINGEMENT

# VERIFIED COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs Broadcast Music, Inc., Moebetoblame Music, Concord Music Group, Inc. d/b/a Jondora Music, House Of Cash, Inc., Paul Simon Music, Coral Reefer Music, Abkco Music, Inc., Songs Of Universal, Inc., Only Hit Music, A Division Of Capitol Recovery Assistance Inc., Bro 'N' Sis Music, Inc., Estes Park Music, Choice Is Tragic Music, Sony/ATV Songs LLC d/b/a Sony/ATV Melody LLC (collectively, "Plaintiffs"), by their attorneys, for their Verified Complaint for Copyright Infringement against Defendants R.S.A. Entertainment, Inc. d/b/a Breakaway Sports Lounge And Eatery, Robert Stanley Anderson and Linda Louise Vititoe (collectively "Defendants"), allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

## JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI") is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in approximately 8.5 million copyrighted musical compositions (the "BMI Repertoire"), and currently includes all of those which are alleged herein to have been infringed.

4. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff Moebetoblame Music is a partnership owned by Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith. This Plaintiff is the copyright owner of at least one of the songs in this matter.

6. Plaintiff Concord Music Group, Inc. is a corporation doing business as Jondora Music. This Plaintiff is the copyright owner of at least one of the songs in this matter.

7. Plaintiff House of Cash, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

8. Plaintiff Paul Simon Music is a sole proprietorship owned by Paul Simon. This Plaintiff is the copyright owner of at least one of the songs in this matter.

9. Plaintiff Coral Reefer Music is a sole proprietorship owned by James W. Buffett. This Plaintiff is the copyright owner of at least one of the songs in this matter.

10. Plaintiff Abkco Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

11. Plaintiff Songs of Universal, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

12. Plaintiff Only Hit Music is a division of Capitol Recovery Assistance Inc. This Plaintiff is the copyright owner of at least one of the songs in this matter.

13. Plaintiff Bro 'N' Sis Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

14. Plaintiff Estes Park Music is a sole proprietorship owned by Dianna L. Maher. This Plaintiff is the copyright owner of at least one of the songs in this matter.

15. Plaintiff Choice is Tragic Music is a sole proprietorship owned by Tia Maria Sillers. This Plaintiff is the copyright owner of at least one of the songs in this matter.

16. Plaintiff Sony/ATV Songs LLC is a limited liability company doing business as Sony/ATV Melody LLC. This Plaintiff is the copyright owner of at least one of the songs in this matter.

17. Defendant R.S.A. Entertainment, Inc. is a corporation organized and existing under the laws of the state of California which operates, maintains and controls an establishment known as Breakaway Sports Lounge & Eatery, located at 2106 North Tustin Avenue, Santa Ana, CA 92705-7828 in this district (the "Establishment").

18. In connection with the operation of the Establishment, Defendant R.S.A. Entertainment, Inc. publicly performs musical compositions and/or causes musical compositions to be publicly performed.

19. Defendant R.S.A. Entertainment, Inc. has a direct financial interest in the Establishment.

20. Defendant Robert Stanley Anderson is an officer of Defendant R.S.A. Entertainment, Inc., with primary responsibility for the operation and management of that corporation and the Establishment.

21. Defendant Robert Stanley Anderson has the right and ability to supervise the activities of Defendant R.S.A. Entertainment, Inc., and a direct financial interest in that corporation, and the Establishment.

22. Defendant Linda Louise Vititoe is an officer of Defendant R.S.A. Entertainment, Inc., with primary responsibility for the operation and management of that corporation and the Establishment.

23. Defendant Linda Louise Vititoe has the right and ability to supervise the activities of Defendant R.S.A. Entertainment, Inc., and a direct financial interest in that corporation, and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

24. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 23.

25. Plaintiffs allege ten (10) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions owned and/or licensed by the Plaintiffs. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

26. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the ten (10) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

27. For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

28. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

29. For each work identified on the Schedule, Plaintiff BMI is currently the licensor of the public performance rights in the musical composition identified on

Line 2 and was, at the time of the infringement, granted the right by the publisher(s) identified on Line 4 to pursue actions for infringement of the public performance rights in their musical compositions and to seek damages for such infringement. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

30. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

31. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

32. Plaintiffs seek statutory damages pursuant to 17 U.S.C. § 504. Plaintiffs further seek an order that Defendants be enjoined, pursuant to 17 U.S.C. § 502 from infringing, in any manner, the copyrighted musical compositions licensed by BMI.

WHEREFORE, Plaintiffs pray that:

(I) Defendants their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

  (III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

  (IV) Plaintiffs have such other and further relief as is just and equitable.

Dated: May 29, 2014

Respectfully submitted,

TROYGOULD PC
JEFFREY W. KRAMER
ANNMARIE MORI

By: *Ann Marie Mori*
  Jeffrey W. Kramer
Attorneys for Plaintiffs
Broadcast Music, Inc.; Moebetoblame Music; Concord Music Group, Inc. d/b/a Jondora Music; House Of Cash, Inc.; Paul Simon Music; Coral Reefer Music; Abkco Music, Inc.; Songs Of Universal, Inc.; Only Hit Music, A Division Of Capitol Recovery Assistance Inc.; Bro 'N' Sis Music, Inc.; Estes Park Music; Choice Is Tragic Music; Sony/ATV Songs Llc D/B/A Sony/ATV Melody LLC

# VERIFICATION

STATE OF TENNESSEE

COUNTY OF DAVIDSON

I have read the foregoing VERIFIED COMPLAINT FOR COPYRIGHT INFRINGEMENT and know its contents.

I am an Assistant Vice President, General Licensing, for Plaintiff Broadcast Music, Inc. and authorized to make this verification for and on behalf of Plaintiffs, and I make this verification for that reason. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I am informed and believe that they are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 29 day of May, 2014, at Nashville, Tennessee.

_____
Lawrence E. Stevens

TroyGould PC

VERIFIED COMPLAINT FOR COPYRIGHT INFRINGEMENT

03202-0041 258033.1

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Californication |
| Line 3 | Writer(s) | Anthony Kiedis; Michael Balzary p/k/a Flea; Chad Smith; John Frusciante |
| Line 4 | Publisher Plaintiff(s) | Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith, a partnership d/b/a Moebetoblame Music |
| Line 5 | Date(s) of Registration | 3/29/99 |
| Line 6 | Registration No(s). | PAu 2-357-353 |
| Line 7 | Date(s) of Infringement | 3/9/2014 |
| Line 8 | Place of Infringement | Breakaway Sports Lounge & Eatery |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Down On The Corner |
| Line 3 | Writer(s) | John C. Fogerty |
| Line 4 | Publisher Plaintiff(s) | Concord Music Group, Inc. d/b/a Jondora Music |
| Line 5 | Date(s) of Registration | 11/17/69 |
| Line 6 | Registration No(s). | Eu 149503 |
| Line 7 | Date(s) of Infringement | 3/9/2014 |
| Line 8 | Place of Infringement | Breakaway Sports Lounge & Eatery |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Folsom Prison a/k/a Folsom Prison Blues |
| Line 3 | Writer(s) | John R. Cash a/k/a Johnny Cash |
| Line 4 | Publisher Plaintiff(s) | House of Cash, Inc. |
| Line 5 | Date(s) of Registration | 2/13/84   1/13/83   9/14/56   11/30/55 |
| Line 6 | Registration No(s). | RE 196-295   RE 153-380   Ep 102326   EU 418371 |
| Line 7 | Date(s) of Infringement | 3/9/2014 |
| Line 8 | Place of Infringement | Breakaway Sports Lounge & Eatery |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Have You Ever Seen The Rain a/k/a Have You Ever Seen The Rain? |
| Line 3 | Writer(s) | John C. Fogerty |
| Line 4 | Publisher Plaintiff(s) | Concord Music Group, Inc. d/b/a Jondora Music |
| Line 5 | Date(s) of Registration | 12/10/70 |
| Line 6 | Registration No(s). | Eu 222228 |
| Line 7 | Date(s) of Infringement | 3/9/2014 |
| Line 8 | Place of Infringement | Breakaway Sports Lounge & Eatery |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Homeward Bound |
| Line 3 | Writer(s) | Paul Simon |
| Line 4 | Publisher Plaintiff(s) | Paul Simon, an individual d/b/a Paul Simon Music |
| Line 5 | Date(s) of Registration | 2/9/66   1/21/94 |
| Line 6 | Registration No(s). | Ep 214110   RE 660-674 |
| Line 7 | Date(s) of Infringement | 3/9/2014 |
| Line 8 | Place of Infringement | Breakaway Sports Lounge & Eatery |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | Lodi |
| Line 3 | Writer(s) | John C. Fogerty |
| Line 4 | Publisher Plaintiff(s) | Concord Music Group, Inc. d/b/a Jondora Music |
| Line 5 | Date(s) of Registration | 4/17/69   7/11/69 |
| Line 6 | Registration No(s). | Eu 110912   Ep 260525 |
| Line 7 | Date(s) of Infringement | 3/9/2014 |
| Line 8 | Place of Infringement | Breakaway Sports Lounge & Eatery |

| | | |
|---|---|---|
| Line 1 | Claim No. | 7 |
| Line 2 | Musical Composition | Margaritaville |
| Line 3 | Writer(s) | James William Buffett a/k/a Jimmy Buffett |
| Line 4 | Publisher Plaintiff(s) | James W. Buffett, an individual d/b/a Coral Reefer Music |
| Line 5 | Date(s) of Registration | 2/14/77   2/22/80 |
| Line 6 | Registration No(s). | Eu 763463   PA 59-700 |
| Line 7 | Date(s) of Infringement | 3/9/2014 |
| Line 8 | Place of Infringement | Breakaway Sports Lounge & Eatery |

| | | |
|---|---|---|
| Line 1 | Claim No. | 8 |
| Line 2 | Musical Composition | Paint It Black |
| Line 3 | Writer(s) | Mick Jagger; Keith Richard |
| Line 4 | Publisher Plaintiff(s) | Abkco Music, Inc. |
| Line 5 | Date(s) of Registration | 5/2/66   7/6/70 |
| Line 6 | Registration No(s). | Eu 938855   Ep 274904 |
| Line 7 | Date(s) of Infringement | 3/9/2014 |
| Line 8 | Place of Infringement | Breakaway Sports Lounge & Eatery |

| | | |
|---|---|---|
| Line 1 | Claim No. | 9 |
| Line 2 | Musical Composition | Under The Bridge |
| Line 3 | Writer(s) | Anthony Kiedis; Michael Balzary a/k/a Flea; Chad Smith; John Frusciante |
| Line 4 | Publisher Plaintiff(s) | Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith, a partnership d/b/a Moebetoblame Music |
| Line 5 | Date(s) of Registration | 3/9/92 |
| Line 6 | Registration No(s). | PA 561-586 |
| Line 7 | Date(s) of Infringement | 3/9/2014 |
| Line 8 | Place of Infringement | Breakaway Sports Lounge & Eatery |

| | | |
|---|---|---|
| Line 1 | Claim No. | 10 |
| Line 2 | Musical Composition | Blue On Black |
| Line 3 | Writer(s) | Kenny Wayne Shepherd; Mark Selby; Tia Sellers |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc.; Only Hit Music, a division of Capital Recovery Assistance Inc.; Bro 'N' Sis Music, Inc.; Dianna L. Maher, an individual d/b/a Estes Park Music; Tia Maria Sillers, an individual d/b/a Choice Is Tragic Music; Sony/ATV Songs LLC d/b/a Sony/ATV Melody LLC |
| Line 5 | Date(s) of Registration | 12/18/98 |
| Line 6 | Registration No(s). | PA 925-980 |
| Line 7 | Date(s) of Infringement | 3/9/2014 |
| Line 8 | Place of Infringement | Breakaway Sports Lounge & Eatery |