1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC.;<br>MOEBETOBLAME MUSIC;<br>CONCORD MUSIC GROUP, INC. d/b/a<br>JONDORA MUSIC;<br>HOUSE OF CASH, INC.;<br>PAUL SIMON MUSIC;<br>CORAL REEFER MUSIC;<br>ABKCO MUSIC, INC.;<br>SONGS OF UNIVERSAL, INC.;<br>ONLY HIT MUSIC, A DIVISION OF<br>CAPITOL RECOVERY ASSISTANCE<br>INC.;<br>BRO 'N' SIS MUSIC, INC.;<br>ESTES PARK MUSIC;<br>CHOICE IS TRAGIC MUSIC;<br>SONY/ATV SONGS LLC d/b/a<br>SONY/ATV MELODY LLC,<br><br>            Plaintiffs,<br>    v.<br><br>R.S.A. ENTERTAINMENT, INC. d/b/a<br>BREAKAWAY SPORTS LOUNGE AND<br>EATERY;<br>ROBERT STANLEY ANDERSON, and<br>LINDA LOUISE VITITOE, each<br>individually,<br><br>            Defendants. | Case No. SACV 14-00833 JLS (JCGx)<br><br>**CONSENT JUDGMENT** |

Plaintiffs, having filed an action for copyright infringement against Defendant R.S.A. Entertainment, Inc. ("Defendant"), now request entry of this Consent Judgment.

For the reasons set forth below, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. Plaintiff Broadcast Music, Inc. licenses the right of public performance, and the other Plaintiffs own the copyrights, in the following musical compositions:

   a. Californication
   b. Down On The Corner
   c. Folsom Prison a/k/a Folsom Prison Blues
   d. Have You Ever Seen The Rain a/k/a Have You Ever Seen The Rain?
   e. Homeward Bound
   f. Lodi
   g. Margaritaville
   h. Paint It Black
   i. Under The Bridge
   j. Blue On Black

2. Defendant has willfully infringed the copyrights in the musical works listed in Paragraph 1 above.

3. Defendant is hereby permanently enjoined from causing any unlicensed public performances of any musical works licensed by Broadcast Music, Inc.

4. Defendant shall pay the Plaintiffs damages in the amount of $17,602.00, which represents an agreed to amount of $22,000 minus $4,398, which represents the amount that has already been paid by Defendant pursuant to paragraph 1 of the Settlement Agreement between the parties. Therefore, judgment is hereby entered in favor of Plaintiffs and against Defendant in the amount of $17,602, plus interest from the date this consent judgment is entered.

///
///

1    5.   This Court shall retain jurisdiction over this matter for enforcement of this
2 Judgment.

4 DATE: August 17, 2016

5                                          UNITED STATES DISTRICT JUDGE